## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

### MINUTE SHEET

**CHRISTINA DOTY**
**Plaintiff**                                                   Date:    April 22, 2025

**vs.**                                                              Case No.   22-3168-CV-S-BP

**MATTHEW WILSON**
**Defendant**

**Honorable Beth Phillips, presiding at Springfield, Missouri**

**Nature of Hearing:   Jury Trial Day 1**

**Time Commenced:   8:36 a.m.**                    **Time Terminated:   5:22 p.m.**

### APPEARANCES

**Plaintiff's counsel:   Christina Doty, pro se**
**Defendant's counsel:   David S. Baker, Nichole Caldwell**

**8:36 a.m.   Plaintiff present representing herself, pro se.   Defendant. Matthew Wilson, present represented by above counsel, with Stephanie Holm, paralegal. Record made on remaining pending issues. Defendant invokes rule of exclusion of witnesses. 8:55 a.m. Recess.**

**9:04 a.m.   Trial proceedings:   Parties and counsel present.   Jury panel is present, seated and sworn on voir dire.   Court's voir dire examination of jury panel. 10:25 a.m. Jury break.   Juror #22 individual voir dire outside presence of jury panel.   Juror #19 individual voir dire outside presence of jury panel.   Juror #10 individual voir dire outside presence of jury panel. 10:35 a.m. Recess.**

**10:51 a.m.   Voir dire examination continues. 11:18 a.m. Voir dire examination of jury panel by Defendant. 11:25 a.m. Jury recess while strikes for cause and peremptory strikes made. Strikes for cause made. 11:45 a.m. Recess while counsel make their peremptory strikes.   12:05 p.m. Reconvene. Eight jurors called to serve as trial jurors.   12:05 p.m. Jury lunch recess. Record made re legal issues. 12:14 p.m. Lunch recess.**

**1:13 p.m. Reconvene with counsel and parties present. Record made on legal issues.   1:15 p.m.   Jury present.   Jury sworn.   Initial Jury instructions read by the Court. 1:31 p.m. Plaintiff's opening statement.   1:34 p.m.   Defendant's opening statement. 1:39 p.m. Plaintiff's case: Trenton Curry is sworn and testifies on direct exam. 2:04 p.m. Defendant's**

cross examination. 2:29 p.m. Redirect exam by plaintiff. 2:43 p.m. Side bar re juror question. Court asks witness juror question.   2:47 p.m. Witness excused. Recess. 3:06 p.m. Michael Garrison is sworn and testifies on direct examination. 3:15 p.m. Cross examination by Defendant. 3:18 p.m. Redirect examination by Plaintiff. Side bar re juror question. Court asks witness juror question. 3:29 p.m. Witness steps down. 3:30 p.m. Matthew Wilson is sworn and testifies on direct examination. 4:07 p.m. Cross examination by Defendant. 4:34 p.m. Redirect examination by Plaintiff. 4:44 p.m. Side bar re juror question. Court asks witness juror question.   4:47 p.m. Witness steps down.   4:49 p.m. Jury recesses until 4/23/25 at 9:00 a.m. Court stands at recess. 5:08 p.m. Reconvene. Counsel and parties present.   Scheduling issues discussed.   Record made on medical records. 5:22 p.m. Recess until 4/23/25 at 8:30 a.m.

**WITNESSES: Trenton Curry; Michael Garrison; Matthew Wilson**
**COURT REPORTER: Jodi Quelle**
**COURTROOM DEPUTY: Karen Siegert**
**LAW CLERK:   Elizabeth Rohr**